**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ESTATE OF GEORGE H. SCHNELLER,
DECEASED

: No. 713 MAL 2017

:

:

: Petition for Allowance of Appeal from

PETITION OF: JAMES D. SCHNELLER : the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.